**TEMPLE UNIVERSITY OF COMMONWEALTH SYSTEM OF HIGHER EDUCATION, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

July 25, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 25th day of July, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following issue presented by Petitioner:

Is the Commonwealth Court's holding that its prior decision in *Brode v. Unemployment Compensation Board of Review,* 79 Pa.Cmwlth. 630, 470 A.2d 200 (1984) did not control the disposition of this case in conflict with Pennsylvania caselaw?

**AND FURTHER,** Petitioner's petitions for leave of Court to Supplement the Petition for Allowance of Appeal are DENIED.